<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 9                                    AT TACOMA

10    NICHOLE MARIE BENNETT,
                                              CASE NO. 3:17-CV-05548-JRC
11                         Plaintiff,
                                              ORDER ON STIPULATED
12         v.                                 MOTION FOR EQUAL ACCESS
                                              TO JUSTICE ACT FEES,
13    NANCY A. BERRYHILL, Deputy              EXPENSES AND COSTS
      Commissioner of Social Security for
14    Operations,

15                         Defendant.
</pre>

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Consent to Proceed Before a United States Magistrate Judge, Dkt. 4). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Costs (*see* Dkt. 26).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 26), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $7,497.70 and expenses in the amount of $5.69, shall be awarded to plaintiff pursuant to

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES, EXPENSES AND
COSTS - 1

the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

It is further ORDERED that costs in the amount of $414.00 shall be awarded to plaintiff pursuant to 28 U.S.C. § 1920.

The Acting Commissioner shall contact the Department of Treasury after the Order for EAJA fees, expenses and costs is entered to determine if the EAJA fees, expenses and costs are subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses and costs shall be made payable to Teal M. Parham, based on plaintiff's assignment of these amounts to plaintiff's attorney. If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees, expenses and costs shall be mailed to plaintiff's counsel, Teal M. Parham, at 910 12th Avenue – PO Box 757, Longview, WA 98632.

Dated this 28th day of June, 2018.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES, EXPENSES AND
COSTS - 2